United States District Court
Southern District of Texas
**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RUDY CASTILLO | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-CV-03134 |
| | § | |
| WORLEY GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On June 5, 2024, Plaintiff's Motion to Enforce FLSA Settlement and Request for Attorneys' Fees (Dkt. 19) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 23. Judge Edison filed a Memorandum and Recommendation on June 28, 2024, recommending that Plaintiff's Motion to Enforce FLSA Settlement and Request for Attorneys' Fees (Dkt. 19) be **DENIED**. *See* Dkt. 25.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 25) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Plaintiff's Motion to Enforce FLSA Settlement and Request for Attorneys'
        Fees (Dkt. 19) is **DENIED**.

It is so **ORDERED**.

  SIGNED at Houston, Texas on July 17, 2024.

                                        _____
                                            GEORGE C. HANKS, JR.
                                        UNITED STATES DISTRICT JUDGE